# United States District Court

**FILED**
JUN 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

__NORTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA
V.

**LINDA JANE CARDINALE,**

Venue: SAN FRANCISCO

**ORIGINAL**

**CRIMINAL COMPLAINT**

3 08 70372 BZ

CASE NUMBER:

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about <u>May 15, 2008</u> in <u>Sonoma County</u>, in the <u>Northern</u> District of <u>California</u>, defendant willfully and knowingly made a false statement in an application for a passport with intent to induce or secure the issuance of a passport under the authority of the United States, either for her own use or the use of another, in violation of Title __18__ United States Code, Section __1542__.

I further state that I am a <u>Special Agent of the Diplomatic Security Service</u> and that this complaint is based on the following facts:

**See attached Affidavit in Support of Criminal Complaint**

Maximum Penalties:
Title 18 U.S.C. Section 1542:
10 years of imprisonment; $250,000 fine; 3 years of supervised release; and $100 special assessment fee

APPROVED AS TO FORM: _____
                     Wendy Thomas, SAUSA

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Warrant of Arrest Requested:       ☒ Yes ☐ No
            Bail Amount: N/A

_____
Signature of Complainant, Jeffrey C. Dubsick

Sworn to before me and subscribed in my presence,

__June 19, 2008__                at          San Francisco, California
Date                                         City and State

**Nandor J. Vadas**
**United States Magistrate Judge**
Name & Title of Judicial Officer                Signature of Judicial Officer

NORTHERN DISTRICT OF CALIFORNIA    )
                                   ) ss. AFFIDAVIT
CITY AND COUNTY OF SAN FRANCISCO   )


AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT CHARGING
LINDA JANE CARDINALE,
WITH VIOLATING 18 U.S.C. 1542,
FALSE STATEMENTS IN APPLICATION AND USE OF PASSPORT

I, Jeffrey C. Dubsick, as a duly sworn federal law enforcement officer, hereby depose and state as follows:

### Purpose

This Affidavit is made in support of a Complaint against LINDA JANE CARDINALE, for a violation of Title 18 U.S.C. Section 1542 – False Statement(s) in an application for a passport.

The statements set forth below are submitted to establish probable cause that LINDA JANE CARDINALE, has violated Title 18 U.S.C. Section 1542. These statements are based upon my personal knowledge, the review of various records and documents obtained during this investigation, interviews conducted during this investigation, and discussions with other law enforcement officers. This affidavit sets forth only those material facts that I believe are necessary to establish probable cause. It does not include each and every fact of this investigation.

### Affiant Background

I am a Special Agent employed by the U.S. Department of State, Diplomatic Security Service ("DSS"). DSS Special Agents are empowered under Title 22 U.S.C. § 2709 to investigate passport fraud and to apply for and serve arrest warrants. I have a bachelor's degree from the University of California and am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program. I have been employed by DSS since December 2004, and have received and receive, on an ongoing basis, training in the laws, rules and regulations concerning passports, visas, and other citizenship documents. My previous investigations have resulted in at least 45 convictions for passport fraud or a related offense.

### Relevant Statute

The Passport Act of 1926, as amended, was in full force and effect throughout the period of this investigation. This Act, codified in 22 U.S.C. § 211a, authorized the United States Secretary of State to grant and issue United States passports under rules prescribed by the President and/or other federal laws. Some of these rules are that a person wanting a United States passport must complete and submit an application to the State Department

and must submit proof of American citizenship, usually a birth certificate, and proof of identity, usually a driver's license, with their application. Another rule allows officers at United States Post Offices to accept passport applications, and to then forward them to the State Department for processing.

Title 18 U.S.C. § 1542 states, in pertinent part, "Whoever willfully and knowingly makes any false statement in an application for a passport with intent to induce or secure the issuance of a passport under the authority of the United States, either for their own use or the use of another, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws...shall be fined under this title...or imprisonment not more than 10 years...or both." Title 18 U.S.C. § 3291 provides for a ten year statute of limitations for passport offenses.

**Facts Supporting Probable Cause**

1. On or about May 15, 2008, the defendant, using the name LINDA JANE CARDINALE, submitted a DS-11 application for a United States passport (Application # 059845114) at a Santa Rosa Post Office, which is located in the Northern District of California. Defendant listed her name in the application as LINDA JANE CARDINALE. The application included a photograph and Social Security Number (ending in digits 7728). As proof of United States citizenship and identity, defendant submitted a birth certificate from the State of Georgia and a California Driver's License (No. A8120066). The passport application listed the following information:

Name: Linda Jane Cardinale
Date of Birth: XX/XX/1962
Place of Birth: Columbus, Georgia
Mother's Name: Dolores Waltson
Father's Name: John Cardinale
Social Security Number: XXX-XX-7728
California Driver's License: A8120066

2. During adjudication of this passport application, State Department Officers checked with the State of Georgia's Registrar about the birth certificate submitted with the passport application of LINDA JANE CARDINALE. Officers at the Georgia State Registrar reported in writing to the State Department that no birth record was on file for LINDA JANE CARDINALE, meaning the birth certificate she submitted with the above passport application was a counterfeit.

3. Your affiant has reviewed written correspondence from the Georgia State Registrar reflecting that in addition to there being no state record of a LINDA JANE CARDINALE born in Georgia on the date listed on the birth certificate, the Georgia state Registrar also reported that the State File Number listed on the birth certificate comes back to another individual, the birth certificate appears to be signed by the wrong person, and the birth certificate format does not conform to the standard format for Georgia birth

certificates. Based on this information, your affiant opines based on your affiant's training and experience that LINDA JANE CARDINALE was not born in Georgia.

**Conclusion**

I respectfully submit that the above presented facts establish probable cause to believe that LINDA JANE CARDINALE did willfully and knowingly make a false statement in support of an application for a passport when she falsely stated that she was born in Columbus, Georgia, in a passport application that was submitted to a United States Post Office in Santa Rosa, California, in the Northern District of California, and that she did so with the intent to induce or secure the issuance of a passport, in violation of Title 18, United States Code, Section 1542, False Statement in Application and Use of Passport.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Jeffrey C. Dubsick
Special Agent
Diplomatic Security Service
San Francisco Field Office

SUBSCRIBED AND SWORN BEFORE ME
On June 19, 2008

The Honorable Nandor J. Vadas
U.S. Magistrate Judge
Northern District of California